USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/2/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRENNAN CENTER FOR JUSTICE AT NEW YORK UNIVERSITY SCHOOL OF LAW,

Plaintiff,

-against-

U.S. DEPARTMENT OF JUSTICE,

Defendant.

26 Civ. 5361 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's letter filed at ECF No. 11. Accordingly, by **July 13, 2026**, Defendant shall file its opposition to Plaintiff's motion for a preliminary injunction. By **July 20, 2026**, Plaintiff shall file its reply.

SO ORDERED.

Dated: July 2, 2026
New York, New York

ANALISA TORRES
United States District Judge