USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/10/2026___

**THE UNITED STATES DISTRICT CO**
**FOR THE SOUTHERN DISTRICT OF NE**

BRENNAN CENTER FOR JUSTICE AT
NEW YORK UNIVERSITY SCHOOL
OF LAW,

        *Plaintiff,*

v.

        Civil Action No. 26-cv-5361 (AT)

U.S. DEPARTMENT OF JUSTICE,

        *Defendant*.

## STIPULATION AND ORDER

WHEREAS, Plaintiff filed this action under the Freedom of Information Act ("FOIA") 5 U.S.C. § 552, seeking records responsive to three FOIA requests submitted to the Department of Justice Civil Rights Division;

WHEREAS, Plaintiff has filed a motion for a preliminary injunction seeking expedited processing and production of responsive records;

WHEREAS, the parties have conferred regarding a processing schedule and wish to avoid further litigation over Plaintiff's pending motion while Defendant processes Plaintiff's FOIA requests;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, as follows:

1. Defendant shall, on or before July 31, 2026, complete searches for records responsive to Plaintiff's requests and notify Plaintiff of the approximate number of potentially responsive records identified through those searches.

1

2.  Defendant shall use reasonable best efforts to identify, initiate, and prioritize any consultations that may be necessary to process responsive records sufficiently in advance of the notification and production deadlines set forth below.

3.  Defendant shall, by August 14, 2026, notify Plaintiff: whether any responsive records have been sent for consultation; the executive branch components to which any such records have been referred for consultation, unless that fact is exempt under FOIA; the approximate number of pages of records sent for consultation to each component; and the status of those consultations.

4.  Subject to paragraph 5, Defendant shall complete processing and produce all responsive, reasonably segregable, non-exempt records or portions of records on or before September 16, 2026 (the "CRT Processing Deadline").

5.  If, at any time before the CRT Processing Deadline, Defendant reasonably believes that any consultations with other executive branch agencies or components may not be complete by the CRT Processing Deadline, Defendant shall promptly notify Plaintiff and explain the basis for that belief. To the extent that any consultations remain pending as of the CRT Processing Deadline, Defendant will comply with paragraph 4 for those records not subject to consultation, and the parties will confer about next steps.

6.  On or before September 18, 2026, the parties shall file a joint status report advising the Court regarding the status of Defendant's production, the status of any outstanding consultations, and proposing a schedule for further proceedings.

7.  Subject to paragraphs 4 and 5, on or before September 30, 2026, Defendant shall provide to Plaintiff a draft *Vaughn* index identifying each record or portion thereof

withheld in whole or in part, the exemption(s) asserted, and a description sufficient to permit Plaintiff to assess the basis for each withholding. The draft *Vaughn* index shall not be admissible for any purpose in this or any other litigation, and to the extent the parties litigate any issues about exemptions, Defendant shall be entitled to revise the draft *Vaughn* index for litigation.

8. Subject to paragraph 9, Plaintiff's pending motion for a preliminary injunction is withdrawn without prejudice.

9. If Defendant fails to comply with any deadline set forth herein, or if the parties are unable to resolve any dispute concerning Defendant's compliance with this Order, Plaintiff reserves all rights to seek appropriate relief from the Court, including restoration of its motion for a preliminary injunction or such other relief as may be appropriate. Defendant reserves all rights to oppose any such request.

10. Nothing in this Stipulation shall be construed as a waiver of any argument, claim, defense, exemption, or privilege available to either party, except as expressly set forth herein.

Date: Washington, DC
July 9, 2026


*/s/ Daniel A. McGrath*
(S.D.N.Y. Bar No. 5541198)
Anisha N. Hindocha*
(D.C. Bar No. 1725159)
Ronald A. Fein*
(D.C. Bar No. 90026641)
Robin F. Thurston*
(D.C. Bar No. 7268942)
Democracy Forward Foundation

Date: New York, NY
July 9, 2026

JAY CLAYTON
United States Attorney

*/s/ Rachael Doud*
RACHAEL DOUD
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
(212) 637-2699

3

P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
dmcgrath@democracyforward.org
ahindocha@democracyforward.org
rfein@democracyforward.org
rthurston@democracyforward.org
*Counsel for Plaintiff Brennan Center for Justice
at New York University School of Law*
*\*pro hac vice pending*

Rachael.Doud@usdoj.gov

*Attorneys for the United States of America*

4

Because Plaintiff withdraws its motion for a preliminary injunction, the Clerk of Court is respectfully directed to terminate the motion at ECF No. 5.


SO ORDERED.

Dated: July 10, 2026
      New York, New York

 

_____
HON. ANALISA TORRES
U.S. District Judge